UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WARREN B. BISCHOFF,
4329 Warren Street
Washington, DC 20016,

          Petitioner,

v.

WILLIAM DUVALL,
4800 Fiery Run Road
Linden, VA 22462,

          Respondent.

Case No.: _____

## PETITION SEEKING CONFIRMATION OF ARBITRATION AWARD

The petition of Warren Bischoff (the "Petitioner") respectfully shows:

1.     That at all times relevant, Petitioner Warren B. Bischoff was employed by CIBC World Markets Corp. ("CIBC"), which is a securities broker-dealer licensed by the Securities and Exchange Commission and a member of the National Association of Securities Dealers ("NASD").

2.     That on or about March 10, 2003, Respondent William Duvall (the "Respondent") filed a Statement of Claim (the "Statement of Claim") against CIBC and the Petitioner with the NASD. Respondent's claims were assigned the following docket number: NASD Case Number 03-01899 (the "Arbitration").

3.     Petitioner filed a Statement of Answer with the NASD in response to the Statement of Claim. In the Statement of Answer, he denied all allegations as asserted in the Statement of Claim and asserted various affirmative defenses.

4. Respondent signed a NASD Uniform Submission Agreement, thereby consenting to have his claims submitted to an NASD Arbitration Panel ("Panel"), abide by any awards rendered and agree that a judgment may be entered upon such an award.

5. After the hearing, on June 16, 2004, the Panel served an award[1] (the "Award") in full and final resolution of the issues as follows:

   1) Respondent CIBC is liable to and shall pay to Claimant compensatory damages in the amount of twenty-three thousand eight hundred and eighty-nine dollars and twenty-eight cents ($23,889.28);

   2) The Panel recommends the expungment of all reference to the above captioned arbitration from Respondent Bischoff's registration records maintained by the NASD Central Registration Depository ("CRD"), with the understanding that pursuant to NASD Notices to Members 99-09 and 99-54, Respondent Bischoff must obtain confirmation from a court of competent jurisdiction before the CRD will execute the expungement directive;

   3) All claims for punitive damages and attorney's fees are denied in their entirety;

   4) The parties shall bear their respective costs, including attorneys' fees, except as fees are specifically addressed below; and

   5) Any and all relief not specifically addressed herein is denied in its entirety.

6. This action is brought within one year after the Award is made and such Award has not been vacated, modified or corrected upon any ground specified in 9 U.S.C. § 9-11.

**WHEREFORE**, your Petitioner respectfully prays for judgment as follows:

   (a) confirmation of the arbitration award entered by the National Association of Securities Dealers, Inc. in the proceeding entitled **William Duvall v. CIBC World Markets Corp., Raleigh Kraft and Warren B. Bischoff**, NASD Case Number 03-01899; and

---

[1] A copy of the Award is attached hereto as Exhibit "A."

(b)     for such other and further relief as this Court deems proper.

Dated: June 3, 2005

*[signature: Paul M. Honigberg]*

Paul M. Honigberg
D.C. Bar No. 342,576
Blank Rome LLP
600 New Hampshire Avenue, N.W.
Twelfth Floor
Washington, DC 20037
Tel. (202) 772-5955
Fax (202) 572-8374
E-mail: Honigberg@BlankRome.com

Counsel for Petitioner

3

Award
NASD Dispute Resolution

In the Matter of the Arbitration Between:

Name of the Claimant
William D. Duvall IRA

Case Number: 03-01899

Name of the Respondents
CIBC World Markets Corp.
Raleigh Kraft
Warren B. Bischoff

Hearing Site: Washington, DC

Nature of the Dispute: Customer vs. Member and Associated Persons.

REPRESENTATION OF PARTIES

Claimant, William D. Duvall IRA, ("Claimant"), was represented by Ron Early, Esq., Lerch, Early & Brewer, Bethesda, Maryland.

Respondents, CIBC World Markets, Corp. ("CIBC"), Raleigh Kraft ("Kraft"), and Warren B. Bischoff ("Bischoff"), hereinafter collectively referred to as "Respondents", were represented by Jane L. Myers, Esq., CIBC World Markets Corp., New York, New York.

CASE INFORMATION

Statement of Claim filed on March 10, 2003.
Claimant signed the Uniform Submission Agreement on March 30, 2003.
Statement of Answer and Motion to Dismiss filed by Respondents CIBC and Kraft on August 21, 2003.
Respondent CIBC did not submit a Uniform Submission Agreement.
Respondent Kraft did not submit a Uniform Submission Agreement.
Statement of Answer filed by Respondent Bischoff on May 22, 2004.
Respondent Bischoff signed the Uniform Submission Agreement on May 8, 2003.
Claimant filed a Response to the Motion to Dismiss on or about September 15, 2003.

CASE SUMMARY

Claimant asserted the following causes of action, among others: suitability, misrepresentations/non-disclosures, and omission of facts. The causes of action relate to the purchase of various mutual funds, including Munder Funds, Inc.; Net Net Fund CLB; Aim Premier Equity Fund Class B; ING Equity Trust Risk Enhancement Index FD CL B; and Putnam Vista Fund Inc., CL B.

Unless specifically admitted in their Answer, Respondents CIBC and Kraft denied the allegations made in the Statement of Claim and asserted the following defenses, among others: the Statement

NASD Dispute Resolution
Arbitration No. 03-01899
Award  Page 2

of Claim fails to set forth a claim upon which relief can be granted; assumption of the risk; ratification; Claimant is barred from any recovery by the doctrines of waiver and acquiescence; and, failure to mitigate damages.

Unless specifically admitted in his Answer, Respondent Bischoff denied the allegations made in the Statement of Claim.

### RELIEF REQUESTED

Claimant in his Statement of Claim requested:

| | |
|---|---|
| Compensatory Damages | $154,638.00 |
| Interest | $ 13,917.42 |
| Attorneys' Fees | amount unspecified |
| Other Costs | amount unspecified |

Respondents CIBC and Kraft in their Statement of Answer requested that the Statement of Claim be dismissed in its entirety.

### OTHER ISSUES CONSIDERED AND DECIDED

Respondents CIBC and Kraft did not file with NASD Dispute Resolution properly executed submissions to arbitration but are required to submit to arbitration pursuant to the Code and, having answered the claim, appeared and testified at the hearing, are bound by the determination of the Arbitration Panel ("Panel") on all issues submitted.

At the hearing on the merits, Claimant moved to dismiss Respondent Bischoff as a party to this case on the grounds that he had included Bischoff as a Respondent to ensure that he would be present to testify at the hearing, and not because Claimant had a complaint against Bischoff. The Panel granted the motion.

The parties have agreed that the Award in this matter may be executed in counterpart copies or that a handwritten, signed Award may be entered.

### AWARD

After considering the pleadings, the testimony and evidence presented at the hearing, the Panel has decided in full and final resolution of the issues submitted for determination as follows:

1. Respondent CIBC is liable to and shall pay to Claimant compensatory damages in the amount of twenty-three thousand eight hundred and eighty-nine dollars and twenty-eight cents ($23,889.28);

2. The Panel recommends the expungement of all reference to the above captioned arbitration from Respondent Bischoff's registration records maintained by the NASD Central Registration Depository ("CRD"), with the understanding that pursuant to NASD

NASD Dispute Resolution
Arbitration No. 03-01899
Award  Page 3

Notices to Members 99-09 and 99-54, Respondent Bischoff must obtain confirmation from a court of competent jurisdiction before the CRD will execute the expungement directive;

3. All claims for punitive damages and attorney's fees are denied in their entirety;

4. The parties shall bear their respective costs, including attorneys' fees, except as fees are specifically addressed below; and,

5. Any and all relief not specifically addressed herein is denied in its entirety.

## FEES

Pursuant to the Code, the following fees are assessed:

### Filing Fees
NASD Dispute Resolution will retain or collect the non-refundable filing fees for each claim:

| | |
|---|---|
| Initial claim filing fee | = $ 300.00 |

### Member Fees
Member fees are assessed to each member firm that is a party in these proceedings or to the member firms that employed the associated person(s) at the time of the events giving rise to the dispute. Accordingly, CIBC is a party.

| | |
|---|---|
| Member surcharge | = $1,700.00 |
| Pre-hearing process fee | = $  750.00 |
| Hearing process fee | = $2,750.00 |
| Total Member Fees | = $5,200.00 |

### Forum Fees and Assessments
The Panel has assessed forum fees for each session conducted. A session is any meeting between the parties and the arbitrator(s), including a pre-hearing conference with the arbitrator(s), that lasts four (4) hours or less. Fees associated with these proceedings are:

| | |
|---|---|
| One (1) Pre-hearing session with Panel @ $1,125.00 | = $1,125.00 |
| Pre-hearing conference:  January 6, 2004   1 session | |
| | |
| Four (4) Hearing sessions @ $1,125.00 | = $4,500.00 |
| Hearing Date/s:  June 1, 2004   2 sessions | |
| June 2, 2004   2 sessions | |
| Total Forum Fees | = $5,625.00 |

1. The Panel has assessed $2,812.50 of the forum fees to Claimant.
2. The Panel has assessed $2,812.50 of the forum fees to Respondent CIBC.

NASD Dispute Resolution
Arbitration No. 03-01899
Award  Page 4

## FEE SUMMARY

1. Claimant is assessed and shall pay the following fees:
   | | |
   |---|---|
   | Initial Filing Fee | = $ 300.00 |
   | Forum Fees | = $2,812.50 |
   | Total Fees | = $3,112.50 |
   | Less payments | = $1,425.00 |
   | Balance Due NASD Dispute Resolution | = $1,687.50 |

2. Respondent CIBC is assessed and shall pay the following fees:
   | | |
   |---|---|
   | Member Fees | = $5,200.00 |
   | Forum Fees | = $2,812.50 |
   | Total Fees | = $8,012.50 |
   | Less payments | = $5,200.00 |
   | Balance Due NASD Dispute Resolution | = $2,812.50 |

All balances are payable to NASD Dispute Resolution and are due upon receipt pursuant to Rule 10330(g) of the Code.

## ARBITRATION PANEL

| | | |
|---|---|---|
| John Dapray Muir, Esq. | - | Public Arbitrator, Presiding Chairperson |
| Paul H. Lamboley, Esq. | - | Public Arbitrator, Panelist |
| John H. West, III, Esq. | - | Non-Public Arbitrator, Panelist |

06/10/2004 11:55  202-397-6459                    MUIRLAW                           PAGE  06/06
06/10/2004 11:13 FAX  202 728 8082        NASD DISPUTE RESOLUTION                   ☒008/008

NASD Dispute Resolution
Arbitration No. 03-01899
Award Page 5

Concurring Arbitrators' Signatures

_[signature]_                        June 10, 2004
John Dayton Muir, Esq.             Signature Date
Public Arbitrator, Presiding Chairperson

---

Paul H. Lamboley, Esq.            Signature Date
Public Arbitrator, Panelist

John H. West, III, Esq.             Signature Date
Non-Public Arbitrator, Panelist

6/16/04
Date of Service (For NASD Dispute Resolution office use only)

08/10/2004 11:03 FAX 202 728 8082         NASD DISPUTE RESOLUTION              ☒ 008/008

NASD Dispute Resolution
Arbitration No. 03-01899
Award  Page 5

Concurring Arbitrators' Signatures

_____                          _____
John Dapray Muir, Esq.                                      Signature Date
Public Arbitrator, Presiding Chairperson


_____/s/_____                          ___06.10.04_____
Paul H. Lamboley, Esq.                                       Signature Date
Public Arbitrator, Panelist


_____                          _____
John H. West, III, Esq.                                      Signature Date
Non-Public Arbitrator, Panelist


____6/16/04_____
Date of Service (For NASD Dispute Resolution office use only)


JUN-10-2004 THU 10:24AM  ID:                                                     PAGE:6

Jun 15 04 04:15p    West & Moore,LLC    410-296-6654    p.2
06/10/2004 11:18 FAX 202 728 8082    NASD DISPUTE RESOLUTION    ☒006/008

NASD Dispute Resolution
Arbitration No. 03-01899
Award Page 5

Concurring Arbitrators' Signatures

_____    _____
John Dapray Muir, Esq.    Signature Date
Public Arbitrator, Presiding Chairperson

_____    _____
Paul H. Lamboley, Esq.    Signature Date
Public Arbitrator, Panelist

_____JcL..\\w../_____    ___6/14/04___
John H. West, III, Esq.    Signature Date
Non-Public Arbitrator, Panelist

___6/16/04___
Date of Service (For NASD Dispute Resolution office use only)