UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WARREN B. BISCHOFF,

                Petitioner,

v.

WILLIAM DUVALL,

                Respondent.

Case No.: _____

**ORDER**

**THIS MATTER** came before the Court by on the petition filed by Warren Bischoff for an Order confirming the award rendered in an NASD Arbitration captioned **William Duvall v. CIBC World Markets Corp., Raleigh Kraft and Warren B. Bischoff**, NASD Case Number 03-01899, and good cause having been shown,

**IT IS** on this _____ day of June, 2005

**ORDERED** that:

The award rendered in NASD Arbitration captioned **William Duvall v. CIBC World Markets Corp., Raleigh Kraft and Warren B. Bischoff**, NASD Case Number 03-01899 is hereby confirmed; and

This Order, having the effect of a judgment, is without any statutory costs. All fees and costs are set forth in the award rendered in the NASD arbitration captioned **William Duvall v. CIBC World Markets Corp., Raleigh Kraft and Warren B. Bischoff**, NASD Case Number 03-01899.

A true copy of this Order shall be served upon all counsel of record within seven (7) days of the date hereof.

_____
UNITED STATES DISTRICT JUDGE

Copies to be served on:

Paul M. Honigberg, Esq.
Blank Rome LLP
600 New Hampshire Avenue, N.W.
Twelfth Floor
Washington, DC 20037

William D. Duvall
4800 Fiery Run Road
Linden, VA 22642

900200.00001/35678304v1