UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WARREN B. BISCHOFF,

                Petitioner,

v.                                                                    Case No.:_____

WILLIAM DUVALL,

                Respondent.

**NOTICE TO:**

WILLIAM DUVALL,
4800 Fiery Run Road
Linden, VA 22462

      A new civil action has been filed. All filings must include the case number and the initials of the presiding judge, found above.

                                        _____
                                        Paul M. Honigberg
                                        D.C. Bar No. 342,576
                                        Blank Rome LLP
                                        600 New Hampshire Avenue, N.W.
                                        Twelfth Floor
                                        Washington, DC 20037
                                        Tel. (202) 772-5955
                                        Fax (202) 572-8374
                                        Email: Honigberg@BlankRome.com

                                        *Counsel for Petitioner*