UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WARREN B. BISCHOFF,<br><br>                Petitioner,<br>v.<br><br>WILLIAM DUVALL,<br><br>                Respondent. | Case No.: 1:05CV01109-JR |

**JOINT STIPULATION FOR ENTRY OF PROPOSED ORDER TO CONFIRM ARBITRATION AWARD**

On June 3, 2005, Warren B. Bischoff, the Petitioner in this action, filed with the Court a Petition Seeking Confirmation of Arbitration Award, requesting that the Court confirm the arbitration award rendered in National Association of Securities Dealers (NASD) Dispute Resolution Case No. 03-01899. Also on June 3, 2005, the Petitioner filed a proposed Order confirming the award. The Petitioner, Warren B. Bischoff, by his undersigned counsel, and the Respondent, William Duvall, hereby stipulate and agree to the entry of the proposed Order, filed with the Court June 3, 2005, and which confirms the arbitration award rendered in NASD Dispute Resolution Case No.: 03-01899.

Dr. Duvall is not represented by counsel in this action. He understands and acknowledges that he is free to seek legal counsel in this matter to the extent he deems necessary. Dr. Duvall further understands that Paul M. Honigberg, Samuel D. Romaninsky, and Blank Rome LLP represent Mr. Bischoff and not Dr. Duvall.

**SIGNATURES ON THE NEXT PAGE**

Dated: August 1, 2005                                        Dated: August 3rd, 2005

_____                                     /s/ William Duvall
Paul M. Honigberg                                            William Duvall
D.C. Bar No. 342,576                                         4800 Fiery Run Road
Samuel D. Romaninsky                                         Linden, VA 22462
D.C. Bar No. 492,765                                         Tel. (540) 364-3368
Blank Rome LLP
600 New Hampshire Avenue, N.W.                               *Respondent, acting pro se*
Twelfth Floor
Washington, DC 20037
Tel. (202) 772-5955
Fax (202) 572-8374
E-mail: Honigberg@BlankRome.com

*Counsel for Petitioner*
*Warren B. Bischoff*

122964.00601/35687592v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this ___ day of August, 2005, I caused copies of the foregoing Joint Stipulation for Entry of Proposed Order to Confirm Arbitration Award to be sent by first class mail to:

>William Duvall
>4800 Fiery Run Road
>Linden, VA 22642

_____
Paul M. Honigberg

1