```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA


WARREN B. BISCHOFF,              :
                                 :
          Plaintiff,             :
                                 :
     v.                          :  Civil Action No. 05-1109 (JR)
                                 :
WILLIAM DUVALL,                  :
                                 :
          Defendant.             :
```

### ORDER

It appearing from the stipulation signed by counsel for the petitioner and by the respondent pro se that the parties agree to the entry of the proposed order attached to the petition, confirming the arbitration award at issue herein, it is **ORDERED** that the proposed order is adopted in full and hereby issued as the order of this Court.

                                        JAMES ROBERTSON
                                  United States District Judge