FILED
FEB 0 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

WARREN B. BISCHOFF,  :
      Plaintiff,  :
      v.  : Civil Action No. 05-1109 (JR)
WILLIAM DUVALL,  :
      Defendant.  :

**ORDER**

This matter came before the Court in June 2005 on the petition filed by Warren Bischoff for an order confirming the award rendered in an NASD Arbitration captioned <u>William Duvall v. CIBC World Markets Corp., Raleigh Kraft and Warren B. Bischoff</u>, NASD Case Number 03-01899. Good cause was shown, the parties stipulated to this order in August 2005, and the order was thereupon entered electronically. The Court is informed that NASD, which does its principal business electronically, has declined to recognize an electronic order. Amazing as that may seem, it is nevertheless on this 2nd day of February 2006

**RE-ORDERED** that the award rendered in NASD Arbitration captioned <u>William Duvall v. CIBC World Markets Corp., Raleigh Kraft and Warren B. Bischoff</u>, NASD Case Number 03-01899 is confirmed; and

This order, having the effect of a judgment, is without any statutory costs. All fees and costs are set forth in the

award rendered in the NASD Arbitration captioned <u>William Duvall v. CIBC World Markets Corp., Raleigh Kraft and Warren B. Bischoff</u>, NASD Case Number 03-01899.

The Clerk is directed to snail-mail true copies of this order to counsel of record within seven (7) days of the date hereof. Wax seals are waived.

_____
JAMES ROBERTSON
United States District Judge

Copies to:

Paul M. Honigberg
Blank Rome LLP
600 New Hampshire Avenue, N.W.
Twelfth Floor
Washington, DC  20037

Counsel for Plaintiff

William D. Duvall
4800 Fiery Run Road
Linden, VA  22642

Defendant